FILED
SAH.
2012 MAR -9 PM 1:18
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. PENELOPE THOMAS AND
CATHIA GAVIN,

Plaintiff,

v. CASE NO.: 8:11-cv-583-T-23TBM

SARASOTA PAIN ASSOCIATES, P.A.,
and STEVEN CHUN, M.D.,

Defendants.
_______________________________________/

**ORDER**

In this *qui tam* action under the False Claims Act, a January 31, 2012, order (Doc. S-12) grants the United States's motion for a third extension of the seal and warns that "no further extension will be granted." The United States declines (Doc. S-13) to intervene and requests without citation to legal authority that the seal remain on each paper except the complaint (S-1), the notice of declination (S-13), and a proposed order (S-13-1) because "in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended."

Each paper filed in this action is **UNSEALED**. The clerk is directed to upload the contents of the sealed file onto the public record. The relator promptly shall serve the defendants with the complaint (Doc. S-1), this order, and the United States'

14

notice of declination (Doc. S-13). The parties shall serve each pleading, motion, and other paper on the United States, and the clerk is directed to send each future order to the United States. The United States may move to intervene for good cause. In accord with 31 U.S.C. § 3730(b)(1), if a party proposes dismissal, settlement, or disposition of this action, the party shall solicit the written consent of the United States.

ORDERED in Tampa, Florida, on March 8th, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE