AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:11-cv-583-T-23TBM |
| Sarasota Pain Associates, PA & Steven Y. Chun, MD<br>*Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven Y. Chun, M.D.
6310 Health Park Way, Suite 320
Bradenton, FL 34202

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katherine M. Ho, Assistant United States Attorney
United States Attorney's Office
501 W. Church Street, Suite 300
Orlando, Florida 32805

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV 2, 2012

Lori Kirkland

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America )
*Plaintiff* )
v. ) Civil Action No. 8:11-cv-583-T-23TBM
Sarasota Pain Associates, PA & Steven Y. Chun, MD )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sarasota Pain Associates, P.A.
Steven Y. Chun, M.D.
6310 Health Park Way, Suite 320
Bradenton, FL 34202

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katherine M. Ho, Assistant United States Attorney
United States Attorney's Office
501 W. Church Street, Suite 300
Orlando, Florida 32805

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: NOV. 2, 2012

[signature]
*Signature of Clerk or Deputy Clerk*